# IN THE SUPREME COURT OF TEXAS

No. 07-0393

## BALLY TOTAL FITNESS CORPORATION

v.

## BRIAN AKIN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF TED AKIN

ON PETITION FOR REVIEW

## ORDER

1.  Pursuant to the notice of bankruptcy of *Bally Total Fitness Corporation*, filed with this Court on August 3, 2007, this case is **ABATED** effective as of July 31, 2007.

2.  The case is abated pursuant to TEX. R. APP. P. 8.2 until further order of this Court and is removed from the Court's active docket, subject to reinstatement upon proper motion. TEX. R. APP. P. 8.3. All motions and other documents pending or filed are abated subject to being reurged in the event the case is reinstated. TEX. R. APP. P. 8.2 and 8.3. It is the parties' responsibility to immediately notify this Court once the automatic bankruptcy stay is lifted.

Done at the City of Austin, this 31st day of August, 2007.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk